# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GEORGE BOTELHO** and **INNA BOTELHO,** as assignees of
**DMA ROOFING CORPORATION,**
Appellant,

v.

**MANRY & HESTON, INC.,** and **MARY BETH ROMAN,** et al.,
Appellees.

No. 4D2023-0623

[May 30, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502021CA008608.

Kimberly Jones, Paul M. Crochet, Anthony S. Wong, and Ryan Schoeb of Wood, Smith, Henning & Berman LLP, Tampa, for appellant DMA Roofing Corp. (withdrew after filing initial brief and after DMA's assignment of appellate rights to, and substitution as appellant by, George and Inna Botelho).

Matthew B. Devisse of Coleman, Yovanovich & Koester, P.A., Naples, for appellants George and Inna Botelho (having filed reply brief after DMA's assignment of appellate rights to, and substitution as appellant by, George and Inna Botelho).

Christina M. Flores of Gordon Rees Scully Mansukhani, Tampa, for appellees Manry & Heston, Inc., and Mary Beth Roman.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***